**LEWIS BRISBOIS BISGAARD & SMITH LLP**
STEPHEN H. TURNER, SB# 89627
　Email: turner@lbbslaw.com
LARISSA NEFULDA, SB# 201903
　Email: lnefulda@lbbslaw.com
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: (213) 250-1800
Facsimile: (213) 250-7900

Attorneys for Defendants U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR CSFB HOME EQUITY TRUST 2007-1 and AMERICA'S SERVICING COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL MOJICA PRADO, | CASE NO. 1:10-cv-00915-LJO-JLT |
| 　　　Plaintiff, | |
| v. | **ORDER RE:DISMISSAL WITH PREJUDICE OF ENTIRE ACTION** |
| U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR CSFB HOME EQUITY TRUST 2007-1, AMERICAN SERVICING COMPANY, Does 1 to 10, | Removal Date: March 20, 2010<br>Trial Date: July 25, 2011 |
| 　　　Defendants. | |

　　　Having reviewed the filed Stipulation Re: Dismissal of Action With Prejudice signed by Plaintiff pro se RAUL MOJICA PRADO and counsel for Defendants U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR CSFB HOME EQUITY TRUST 2007-1 and AMERICA'S SERVICING COMPANY, Larissa G. Nefulda, this Court hereby orders that the above-captioned matter shall be dismissed in its entirety, with prejudice.

　　　IT IS SO ORDERED.

**Dated:　April 8, 2011**　　　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

4849-6202-5737.1